# United States District Court
# For The Western District of North Carolina
# Asheville Division

ERNEST L. HIGDON,

        Plaintiff(s),

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
        Defendant(s).

JUDGMENT IN A CIVIL CASE

2:11cv51

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 08/02/2012 Order of Remand.

FRANK G. JOHNS, CLERK

Signed: August 2, 2012

Frank G. Johns, Clerk
United States District Court