# United States District Court
# For The Western District of North Carolina
# Asheville Division

ERNEST L. HIGDON,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                         2:11cv51

MICHAEL J. ASTRUE,
Commissioner of Social Security,
       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 08/02/2012 Order of Remand.

                                                 FRANK G. JOHNS, CLERK

                                                 Signed: August 2, 2012

Frank G. Johns, Clerk
United States District Court